No. 72–56. MARKLE ET AL. v. ABELE ET AL. Appeal from D. C. Conn. Judgment vacated and case remanded for consideration of question of mootness of this appeal.

No. 72–730. MARKLE ET AL. v. ABELE ET AL. Appeal from D. C. Conn. Judgment vacated and case remanded for further consideration in light of *Roe* v. *Wade, ante,* p. 113, and *Doe* v. *Bolton, ante,* p. 179.

No. 72–957. SASAKI v. KENTUCKY. Appeal from Ct. App. Ky. Judgment vacated and case remanded for further consideration in light of *Roe* v. *Wade, ante,* p. 113.

No. 72–69. KRUZE v. OHIO. Sup. Ct. Ohio. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Roe* v. *Wade, ante,* p. 113.

No. A–856. BOBEK v. OHIO. Sup. Ct. Ohio. Application for stay and/or bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 72–269. LEVITT, COMPTROLLER OF NEW YORK, ET AL. v. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL.;

No. 72–270. ANDERSON v. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL.; and

No. 72–271. CATHEDRAL ACADEMY ET AL. v. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL. Appeals from D. C. S. D. N. Y. [Probable jurisdiction noted, 409 U. S. 977.] Motion of appellants to permit three counsel to argue orally denied.